J. J. HENINGTON v. STATE. (No. 8312.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Bell County; Lewis H. Jones, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful sale of intoxicating liquor; punishment, one year in the penitentiary. There is no statement of facts in the record, and no bills of exception complaining of any act or thing occurring during the trial. The indictment appears to be regular, and we perceive nothing demanding a reversal. The judgment is affirmed.

Clyde KEARNEY v. STATE. (No. 8160.) (Court of Criminal Appeals of Texas. Jan. 16, 1924.) Appeal from District Court, Rains County; Geo. B. Hall, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Rains county of the offense of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment charges the offense, and the court seems to have submitted the law of the case correctly to the jury upon a plea of guilty entered by the appellant. No error appearing, the judgment of the trial court will be affirmed.

R. G. KIMBROUGH v. STATE. (No. 8202.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Limestone County; J. R. Bell, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Limestone county of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us without statement of facts. We have examined the indictment, which follows the language of the statute, and the charge of the court correctly presents the law. There are a number of special charges in the record, but neither by notation upon same nor by separate bill of exceptions is it made to appear that any exception was taken to their refusal. The record also reflects the fact that a continuance was asked, but apparently its refusal was acceptable to appellant, for no bill of exceptions was reserved to such action. This is also true of the court's refusal to sustain appellant's motion to quash the indictment. No error appearing in the record, an affirmance is ordered.

R. G. KIMBROUGH v. STATE. (No. 8346.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Limestone County; J. R. Bell, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. On his plea of guilty in the district court of Limestone county, appellant was adjudged guilty of possessing intoxicating liquor for purposes of sale, and his punishment fixed at one year in the penitentiary. There is in the record neither bills of exception nor statement of facts. The indictment and the charge of the court are according to law, and the judgment will be affirmed.

Jim MOYENS v. STATE. (No. 8066.) (Court of Criminal Appeals of Texas. Jan. 9, 1924.) Appeal from District Court, Limestone County; A. M. Blackmon, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. Appellant was convicted of the offense of manslaughter; punishment fixed at confinement in the penitentiary for a period of two years. The record contains neither statement of facts nor bills of exception. The proceedings appear to be regular. No fundamental error has been perceived. The judgment is affirmed.

Gurley OLIVER v. STATE. (No. 8268.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Lamar County; Ben H. Denton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant is condemned to imprisonment in the penitentiary for one year and six months for the unlawful sale of intoxicating liquor. There are no bills of exception or statement of facts in the record. We perceive nothing calling for a reversal. The judgment is affirmed.

W. C. REDFEARN v. STATE. (No. 8275.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Hughston & Neilson, of McKinney, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. Upon the written and verified request of the appellant, the appeal is dismissed.

W. C. REDFEARN v. STATE. (No. 8276.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Wallace Hughston, of McKinney, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. The conviction is for the possession of intoxicating liquor for the purpose of sale; punishment being fixed at one year in the penitentiary. Appellant has filed his affidavit, stating that he no longer desires to prosecute his appeal, and requests that same be dismissed. In compliance with such request, the dismissal of the appeal is ordered.